UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

JESUS FUENTES (DIN 98A4737)

                                        *Plaintiff,*          **PROPOSED**
                                                              ORDER TO TAKE DEPOSITION
                                                              OF INCARCERATED INDIVIDUAL


        -against-
                                                              **Case No.: 23-CV-9464 (PMH)**

DANIEL MARTUSCELLO (in his official
capacity), et al..,
                                        *Defendants.*

_____

        Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), it is hereby:

        **ORDERED** that Defendants Daniel Martuscello, Anthony Annucci, Edward Burnett and Leroy Fields be permitted to take the deposition of Plaintiff JESUS FUENTES, at Greene Correctional Facility or a correctional facility within the Department of Corrections and Community Supervision ("DOCCS") network of facilities during regular business hours; and it is further

        **ORDERED** that the notice to deponent be deemed due and adequate if Notice of Deposition and a copy of this Order are sent via regular mail to the deponent at deponent's present facility of incarceration at least ten (10) days prior to the scheduled date of his deposition; and it is further

        **ORDERED** that, if required, deponent will consent to a virtual deposition, which will be recorded,

        **ORDERED** the deponent's disagreement with any directives of security staff at the correctional facility is not ground on which deponent may refuse to answer questions; and it is further

1

2

**ORDERED** that failure of deponent to attend, be sworn and answer appropriate questions may result in sanctions pursuant to Rule 37 of the Federal Rules of Civil Procedure. However, valid objections made in good faith to appropriate questions are permissible; and it is further

Dated: White Plains, New York
       December 1                , 2025

**SO ORDERED**

_____
Hon. Philip M. Halpern
United States District Judge

To:   Jesus Fuentes – DIN 98A4737
      Greene Correctional Facility
      Plank Road – P.O. Box 975
      Coxsackie, New York 12051-0975
      *Plaintiff pro se*