UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESUS FUENTES,

                    Plaintiff,

          -against-

NEW YORK STATE DEPARTMENT OF
CORRECTIONS AND COMMUNITY
SUPERVISION, et al.,

                    Defendants.

**ORDER**

No. 23-CV-09464 (PMH)

PHILIP M. HALPERN, United States District Judge:

A pre-motion letter from *pro se* Plaintiff Jesus Fuentes was docketed on February 17, 2026, in which Plaintiff seeks leave to file a motion to compel discovery responses and for sanctions pursuant to Federal Rule of Civil Procedure 37. (Doc. 79).[1] The Court ordered Defendants to respond to Plaintiff's letter by February 26, 2026. (Doc. 80). Defendants, on February 27, 2026, filed a response to Plaintiff's letter, but did not address Plaintiff's contentions that Defendant Leroy Fields has not responded to Plaintiff's interrogatories, dated August 12, 2025, and Defendants Fields and Daniel F. Martuscello III have not responded to Plaintiff's requests to admit, dated September 29, 2025. (*See* Doc. 81). Accordingly, by March 6, 2026, Defendants shall file a letter addressing Defendant Fields' alleged failure to respond to Plaintiff's interrogatories, and Defendant Fields' and Martuscello's alleged failure to respond to Plaintiff's requests to admit.

SO ORDERED:

Dated: White Plains, New York
       March 2, 2026

                                 Philip M. Halpern
                                 United States District Judge

---

[1] The Court notes that Plaintiff has limited *pro bono* counsel to assist with depositions. (*See* Docs. 74-75).

1