UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESUS FUENTES,

                          Plaintiff,

           -against-

NEW YORK STATE DEPARTMENT OF
CORRECTIONS AND COMMUNITY
SUPERVISION, et al,

                          Defendants.

**<u>ORDER</u>**

23-CV-09464 (PMH)

PHILIP M. HALPERN, United States District Judge:

Plaintiff Jesus Fuentes, *pro se*, submitted a pre-motion letter: (1) seeking to compel discovery responses from Defendants Daniel F. Martuscello III and Leroy Fields; and (2) for sanctions. (Doc. 79). Defendants, pursuant to the Court's orders (Docs. 80, 82), filed a response and supplemental response to Plaintiff's letter (Docs. 81, 83). Defendants, in their supplemental response, indicated that they have sent or will be sending the discovery that Plaintiff alleges was not produced. (Doc. 83). Accordingly, Plaintiff's motion to compel is denied as moot. *See, e.g.*, *Vega v. Hatfield*, No. 09-CV-06346, 2011 WL 13128745, at *1 (W.D.N.Y. Sept. 19, 2011) (denying as moot a motion to compel discovery responses where defendants represented that they had "produced the requested discovery"). To the extent Plaintiff moves for sanctions, Plaintiff has not met his burden of demonstrating that sanctions are warranted against Defendants. *See Grayson v. Combs*, No. 24-CV-09857, 2025 WL 3525049, at *2 (S.D.N.Y. Dec. 9, 2025) ("[T]here are insufficient facts to conclude, with the required high degree of factual specificity, that [plaintiff and plaintiff's counsel], acted in bad faith.").

**SO ORDERED.**

Dated:    White Plains, New York
         March 9, 2026

PHILIP M. HALPERN
United States District Judge

2