UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESUS FUENTES,

                         Plaintiff,

        -against-

NEW YORK STATE DEPARTMENT OF
CORRECTIONS AND COMMUNITY
SUPERVISION, et al.,

                       Defendants.

**ORDER**

23-CV-09464 (PMH)

PHILIP M. HALPERN, United States District Judge:

On May 20, 2026, counsel for Defendants and limited *pro bono* counsel for Plaintiff appeared for a discovery conference. As discussed on the record, the Court denied the relief requested by Plaintiff in his letter (Doc. 89), except that Defendant Leroy Fields is directed to respond to Plaintiff's discovery requests to the extent they concern conduct arising from May 11, 2017 to the present. The Court also extended the fact discovery deadline to June 30, 2026. *See* Transcript.

**SO ORDERED.**

Dated:    May 20, 2026
          White Plains, New York

                                        HON. PHILIP M. HALPERN
                                        United States District Judge