UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JESUS FUENTES,<br><br>                 Plaintiff,<br><br>     -against-<br><br>NEW YORK STATE DEPARTMENT OF<br>CORRECTIONS AND COMMUNITY<br>SUPERVISION, et al.,<br><br>                Defendants. | **ORDER**<br><br>23-CV-09464 (PMH) |

PHILIP M. HALPERN, United States District Judge:

The case management conference scheduled for July 23, 2026 is adjourned to October 13, 2026 at 12:30 p.m.

**SO ORDERED.**

Dated:    June 30, 2026
          White Plains, New York

                                              HON. PHILIP M. HALPERN
                                              United States District Judge